**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| In re: CLEMENT CATTLE CO., LLC | § | Case No. 15-10072 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 09, 2015. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $     623,266.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 49,792.34 |
| Bank service fees | 1,388.52 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 572,085.14 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/22/2016 and the deadline for filing governmental claims was 10/06/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $34,413.30. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $34,413.30, for a total compensation of $34,413.30.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $1,541.55, for total expenses of $1,541.55.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/23/2018   By: /s/HARVEY L. MORTON
                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-10072  
**Case Name:** CLEMENT CATTLE CO., LLC  

**Period Ending:** 07/23/18

**Trustee:** (631640) HARVEY L. MORTON  
**Filed (f) or Converted (c):** 06/01/16 (c)  
**§341(a) Meeting Date:** 08/26/16  
**Claims Bar Date:** 11/22/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | GRASS LEASE | 0.00 | 0.00 | | 7,600.00 | FA |
| 2 | 192.1 acres 518 Braune Road, Abilene<br>Value amount comes from original petition filed in chapter 11 proceeding. | 672,000.00 | 0.00 | | 431,822.00 | FA |
| 3 | 99.10 acres<br>No value given in conversion schedules | 0.00 | 165,600.00 | | 183,844.00 | FA |
| 4 | 48.82 acres<br>No value given in conversion schedules  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | VOID - DUPLICATE ENTRY | 0.00 | 0.00 | | 0.00 | FA |
| 5 | **Assets    Totals** (Excluding unknown values) | **$672,000.00** | **$165,600.00** | | **$623,266.00** | **$0.00** |

RE PROP# 4    INCLUDED IN SALE OF REAL PROPERTY ASSET #2

---

**Major Activities Affecting Case Closing:**

12/28/2016 - SALE OF ASSETS (REAL PROPERTY)

04/07/2017 - Awaiting hearing on Motion to Sell

10/09/2017 - Proposed sale collapsed.  I have a new offer (two parts) to be resubmitted as  a Notice of Intent to Sell sole remaining asset.

12/31/17 - hearing scheduled 1/30/18 regarding sale of assets.

05/10/2018 - Sale of single asset pending clearance of title.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2017     **Current Projected Date Of Final Report (TFR):**    March 31, 2018

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-10072 | | Trustee: | HARVEY L. MORTON (631640) |
|---|---|---|---|---|
| Case Name: | CLEMENT CATTLE CO., LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9466 - Checking Account |
| Taxpayer ID #: | **-***8129 | | Blanket Bond: | $300,000.00 (per case limit) |
| Period Ending: | 07/23/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/19/16 | {1} | ROBERT F. SOUKUP | GRASS LEASE - AUGUST | 1121-000 | 400.00 | | 400.00 |
| 09/19/16 | {1} | VALERIE CLEMENT | ROBERT SOUKUP GRASS LEASE - JULY | 1121-000 | 400.00 | | 800.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 790.00 |
| 10/06/16 | {1} | Robert F. Soukup | rent - grass lease | 1121-000 | 400.00 | | 1,190.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,180.00 |
| 11/01/16 | {1} | Robert F. Soukup | lease payment | 1121-000 | 400.00 | | 1,580.00 |
| 11/01/16 | 101 | VIEW-CAPS WSC | ACCOUNT 396; SERVICE 9/20/16 - 10/20/16 | 2420-000 | | 187.07 | 1,392.93 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,382.93 |
| 12/06/16 | {1} | Robert F. Soukup | rent - | 1121-000 | 400.00 | | 1,782.93 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,772.93 |
| 01/05/17 | {1} | ROBERT SOUKUP | GRASS LEASE | 1121-000 | 400.00 | | 2,172.93 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,162.93 |
| 02/09/17 | 102 | VIEW-CAPS WSC | ACCOUNT 396 - SERVICE 12/20/16 - 1/20/2017 | 2420-000 | | 175.85 | 1,987.08 |
| 02/16/17 | {1} | ROBERT SOUKUP | GRASS LEASE | 1121-000 | 400.00 | | 2,387.08 |
| 02/28/17 | 103 | VIEW-CAPS WSC | Acct 396 - Services from 1/20/17 - 2/20/17 | 2420-000 | | 52.38 | 2,334.70 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,324.70 |
| 03/02/17 | {1} | Robert F Soukup | Grass lease | 1121-000 | 400.00 | | 2,724.70 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,714.70 |
| 04/10/17 | {1} | Robert Soukup | 1 - Grass lease | 1121-000 | 400.00 | | 3,114.70 |
| 04/11/17 | 104 | VIEW-CAPS WSC | Account 396 -Services from 2/20/17 to 3/20/17 | 2420-000 | | 55.21 | 3,059.49 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,049.49 |
| 05/02/17 | {1} | Robert Soukup | Grass lease | 1121-000 | 400.00 | | 3,449.49 |
| 05/11/17 | 105 | VIEW-CAPS WSC | Acct No. 396 - Services from 3/20/2017 to 4/20/2017 | 2420-000 | | 30.90 | 3,418.59 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,408.59 |
| 06/01/17 | 106 | VIEW-CAPS WSC | Acct 396 - Services from 04/20/2017 - 05/19/2017 | 2420-000 | | 29.03 | 3,379.56 |
| 06/06/17 | {1} | Robert Soukup | Grass lease | 1121-000 | 400.00 | | 3,779.56 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,769.56 |
| 07/10/17 | {1} | Robert F. Soukup | Grass Lease - July 2017 | 1121-000 | 400.00 | | 4,169.56 |
| 07/10/17 | 107 | VIEW-CAPS WSC | Acct No. 396 - Service from 5/19/2017 - 6/20/2017 | 2420-000 | | 29.03 | 4,140.53 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,130.53 |
| 08/01/17 | 108 | VIEW-CAPS WSC | Acct No 396 - Service from 6/20/17 to 7/20/17. | 2420-000 | | 29.03 | 4,101.50 |
| 08/02/17 | {1} | Roubert F Soukup | Grass lease - August 2017 | 1121-000 | 400.00 | | 4,501.50 |
| 08/30/17 | {1} | Robert F Soukup | Grass lease - Sept. 2017 | 1121-000 | 400.00 | | 4,901.50 |

Subtotals : $5,600.00 $698.50

{} Asset reference(s)

Printed: 07/23/2018 05:03 PM V.14.14

Case 15-10072-rlj7   Doc 190   Filed 08/27/18   Entered 08/27/18 15:44:06   Desc Main
Document      Page 5 of 11

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-10072 | Trustee: | HARVEY L. MORTON (631640) |
|---|---|---|---|
| Case Name: | CLEMENT CATTLE CO., LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******9466 - Checking Account |
| Taxpayer ID #: | **-***8129 | Blanket Bond: | $300,000.00  (per case limit) |
| Period Ending: | 07/23/18 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,891.50 |
| 09/05/17 | 109 | VIEW-CAPS WSC | Service from 7-20-17 to 8-21-17 - Acct 396 | 2420-000 | | 21.53 | 4,869.97 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,859.97 |
| 10/04/17 | {1} | Robert F. Soukup | Grass lease - Sept 2017 | 1121-000 | 400.00 | | 5,259.97 |
| 10/12/17 | 110 | VIEW-CAPS WSC | Acct 396 - Service from 8/21/17 - 9/25/17 | 2420-000 | | 29.03 | 5,230.94 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,220.94 |
| 11/02/17 | {1} | Robert F. Soukup | Grass Lease - November 2017 | 1121-000 | 400.00 | | 5,620.94 |
| 11/29/17 | {1} | Robert F. Soukup | Grass lease - December 2017 | 1121-000 | 400.00 | | 6,020.94 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,010.94 |
| 12/11/17 | 111 | VIEW-CAPS WSC | Service from 10/20/17-11/20-2017 - Acct. 396 | 2420-000 | | 36.53 | 5,974.41 |
| 12/15/17 | 112 | VIEW-CAPS WSC | Service from 10/20/17 - 11/20/17 - Acct. 396 | 2420-000 | | 29.03 | 5,945.38 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,935.38 |
| 01/11/18 | {1} | Robert Soukup | Grass Lease | 1121-000 | 400.00 | | 6,335.38 |
| 01/11/18 | 113 | VIEW-CAPS WSC | Service from 11/20/12/20/17 - Acct. 396 | 2420-000 | | 29.03 | 6,306.35 |
| 01/29/18 | {2} | Michael Tinnin and Sorrel Tinnin | Earnest money  deposit on purchase of property in  Taylor County, TX | 1110-000 | 5,500.00 | | 11,806.35 |
| 01/29/18 | {2} | Michael Tinnin and Sorrel Tinnin | Reversed Deposit 100018 1 Earnest money deposit on purchase of property in  Taylor County, TX | 1110-000 | -5,500.00 | | 6,306.35 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,296.35 |
| 02/01/18 | 114 | VIEW-CAPS WSC | Service from 12/20/17 to 01/22/2018 - Acct 396 | 2420-000 | | 29.03 | 6,267.32 |
| 02/08/18 | {1} | Robert Soukup | Jan 2018 - grass lease | 1122-000 | 400.00 | | 6,667.32 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,657.32 |
| 03/12/18 | 115 | VIEW-CAPS WSC | Service from 1/22/18 to 2/23/18 - Acct 396 | 2420-000 | | 29.03 | 6,628.29 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,618.29 |
| 04/04/18 | 116 | VIEW-CAPS WSC | Service from 2/23/2018 to 3/20/2018 - Acct. 396 | 2420-000 | | 29.03 | 6,589.26 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,579.26 |
| 05/08/18 | 117 | VIEW-CAPS WSC | Service from 3/20/18 to 4/20/18 Acct. 396 | 2420-000 | | 29.03 | 6,550.23 |
| 05/17/18 | | First  Texas Title Company/FFB Abilene | SALE PROCEEDS | | 168,060.71 | | 174,610.94 |
| | {3} | | 183,844.00 | 1110-000 | | | 174,610.94 |
| | | | property taxes - see HUD 1            -2,471.02 | 2820-000 | | | 174,610.94 |
| | | | county property tax 1/1/18 - 5/15/18           -213.13 | 2820-000 | | | 174,610.94 |
| | | | settlement charges from           -13,099.14 | 2500-000 | | | 174,610.94 |

Subtotals :     $170,060.71     $351.27

{} Asset reference(s)                                                                                                                            Printed: 07/23/2018 05:03 PM     V.14.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 15-10072  
**Case Name:** CLEMENT CATTLE CO., LLC  

**Taxpayer ID #:** **-***8129  
**Period Ending:** 07/23/18  

**Trustee:** HARVEY L. MORTON (631640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9466 - Checking Account  
**Blanket Bond:** $300,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | HUD -1 | | | | | |
| 05/17/18 | | First Texas Title Company / FFB Abilene | Sale Proceeds | | | 399,240.72 | | 573,851.66 |
| | {2} | | sale proceeds | 431,822.00 | 1110-000 | | | 573,851.66 |
| | | | property taxes - see HUD 1 | -1,360.41 | 2820-000 | | | 573,851.66 |
| | | | county tax 1/1/18 - 5/15/18 | -365.46 | 2820-000 | | | 573,851.66 |
| | | | settlement charges - see HUD 1 | -30,855.41 | 2500-000 | | | 573,851.66 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 391.18 | 573,460.48 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 797.34 | 572,663.14 |
| 07/03/18 | 118 | International Sureties, Ltd. | Bond No. 01625804 | | 2300-000 | | 578.00 | 572,085.14 |
| | | | **ACCOUNT TOTALS** | | | 574,901.43 | 2,816.29 | **$572,085.14** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 574,901.43 | 2,816.29 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$574,901.43** | **$2,816.29** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9466** | 574,901.43 | 2,816.29 | 572,085.14 |
| | **$574,901.43** | **$2,816.29** | **$572,085.14** |

{} Asset reference(s)

Printed: 07/23/2018 05:03 PM     V.14.14

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 22, 2016

**Case Number:** 15-10072  
**Debtor Name:** CLEMENT CATTLE CO., LLC

Page: 1

**Date:** July 23, 2018  
**Time:** 05:03:43 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 100 | HARVEY L. MORTON<br>1604 AVENUE M<br>LUBBOCK, TX 79401 | Admin Ch. 7 | | $34,413.30 | $0.00 | 34,413.30 |
| 100 | HARVEY L. MORTON<br>1604 AVENUE M<br>LUBBOCK, TX 79401 | Admin Ch. 7 | | $1,541.55 | $0.00 | 1,541.55 |
| 200 | International Sureties, Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Admin Ch. 7 | | $578.00 | $578.00 | 0.00 |
| 200 | VIEW-CAPS WSC<br>7017 HWY 277 SO.<br>ABILENE, TX 79606 | Admin Ch. 7 | | $849.77 | $849.77 | 0.00 |
| 6<br>200 | US Trustee (ADMINISTRATIVE)<br>1100 Commerce St.<br>Room 976<br>Dallas, TX 75242 | Admin Ch. 7 | | $325.00 | $0.00 | 325.00 |
| 1P-2<br>570 | IRS Special Procedures<br>Mail Code 5029-DAL<br>1100 Commerce, Ste 9A20<br>Dallas, TX 75242 | Priority | | $2,368.84 | $0.00 | 2,368.84 |
| 10 -2<br>100 | Taylor CAD<br>co Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680 | Secured | PAID FROM SALE PROCEEDS OF REAL PROPERTY | $0.00 | $0.00 | 0.00 |
| 11<br>100 | Taylor CAD<br>co Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680 | Secured | PAID FROM SALE PROCEEDS OF REAL PROPERTY | $0.00 | $0.00 | 0.00 |
| 3S-2<br>200 | Robert Mark Peavy and Kimberly W. Peavy<br>201 SW 2nd Street<br>Suite 101<br>Ocala, FL 34471 | Secured | DUPLICATED/AMENDED BY CLAIM #9 | $0.00 | $0.00 | 0.00 |
| 7<br>200 | Taylor CAD<br>P O Box 1269<br>Round Rock, TX 78680 | Secured | PAID FROM SALE PROCEEDS OF REAL PROPERTY | $0.00 | $0.00 | 0.00 |
| 1U-2<br>610 | IRS Special Procedures<br>Mail Code 5029-DAL<br>1100 Commerce, Ste 9A20<br>Dallas, TX 75242 | Unsecured | | $1,202.66 | $0.00 | 1,202.66 |
| 2<br>610 | Michael Tinnin<br>P.O. Box 1383<br>Alvin, TX 77512 | Unsecured | | $55,000.00 | $0.00 | 55,000.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 22, 2016

**Case Number:** 15-10072  
**Debtor Name:** CLEMENT CATTLE CO., LLC

Page: 2

**Date:** July 23, 2018  
**Time:** 05:03:43 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 3U-2 610 | Robert Mark Peavy and Kimberly W. Peavy<br>201 SW 2nd Street<br>Suite 101<br>Ocala, FL 34471 | Unsecured | DUPLICATED/AMENDED BY CLAIM #9 | $0.00 | $0.00 | 0.00 |
| 5 -3 610 | David Blackwood<br>209 CR 336<br>Tuscola, TX 79562 | Unsecured | | $1,099,597.38 | $0.00 | 1,099,597.38 |
| 8 610 | Michael Tinnin<br>P.O. Box 1383<br>Alvin, TX 77512 | Unsecured | WITHDRAWN | $0.00 | $0.00 | 0.00 |
| 9 -2 610 | Robert Peavy and Kimberly Peavy<br>779 County Road 279<br>Baird, TX 79504 | Unsecured | SEE DOCKET #173 - DECLARATION OF REOBERT PEAVY AND KIMBERLY PEAVY CONCERNING (A) PROOFS OF CLAIM ... WHEREIN THEY STATE THEY HAVE AN UNSECURED CLAIM IN THE AMOUNT OF $49927.98. | $49,927.98 | $0.00 | 49,927.98 |
| **<< Totals >>** | | | | 1,245,804.48 | 1,427.77 | 1,244,376.71 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-10072
Case Name: CLEMENT CATTLE CO., LLC
Trustee Name: HARVEY L. MORTON

**Balance on hand:** $ 572,085.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 572,085.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - HARVEY L. MORTON | 34,413.30 | 0.00 | 34,413.30 |
| Trustee, Expenses - HARVEY L. MORTON | 1,541.55 | 0.00 | 1,541.55 |
| Fees, United States Trustee | 325.00 | 0.00 | 325.00 |

Total to be paid for chapter 7 administration expenses: $ 36,279.85
Remaining balance: $ 535,805.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 535,805.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,368.84 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P-2 | IRS Special Procedures | 2,368.84 | 0.00 | 2,368.84 |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 2,368.84 |
| Remaining balance: | $ 533,436.45 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,205,728.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U-2 | IRS Special Procedures | 1,202.66 | 0.00 | 532.08 |
| 2 | Michael Tinnin | 55,000.00 | 0.00 | 24,333.02 |
| 5 -3 | David Blackwood | 1,099,597.38 | 0.00 | 486,482.29 |
| 9 -2 | Robert Peavy and Kimberly Peavy | 49,927.98 | 0.00 | 22,089.06 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 533,436.45 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**