# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### ABILENE DIVISION

| | | |
|---|---|---|
| In re: CLEMENT CATTLE CO., LLC | § | Case No. 15-10072 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

HARVEY L. MORTON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00<br>*(without deducting any secured claims)* | Assets Exempt:  $0.00 |
| Total Distribution to Claimants:$535,805.29 | Claims Discharged<br>Without Payment: $672,291.57 |
| Total Expenses of Administration:$87,460.71 | |

3)  Total gross receipts of $     623,266.00    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $           0.00     (see **Exhibit 2**), yielded net receipts of  $623,266.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $4,700.55 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 87,460.71 | 87,460.71 | 87,460.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,368.84 | 2,368.84 | 2,368.84 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,209,985.04 | 1,205,728.02 | 533,436.45 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,304,515.14 | $1,295,557.57 | $623,266.00 |

4) This case was originally filed under Chapter 7 on April 09, 2015. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/06/2019               By: /s/HARVEY L. MORTON
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| GRASS LEASE | 1121-000 | 7,600.00 |
| 192.1 acres 518 Braune Road, Abilene | 1110-000 | 431,822.00 |
| 99.10 acres | 1110-000 | 183,844.00 |
| **TOTAL GROSS RECEIPTS** | | $623,266.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S-2 | Robert Mark Peavy and Kimberly W. Peavy | 4110-000 | N/A | | 0.00 | 0.00 |
| 7 | Taylor CAD | 4110-000 | N/A | 1,157.76 | 0.00 | 0.00 |
| 10 -2 | Taylor CAD | 4700-000 | N/A | 2,584.31 | 0.00 | 0.00 |
| 11 | Taylor CAD | 4700-000 | N/A | 958.48 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $4,700.55 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - HARVEY L. MORTON | 2100-000 | N/A | 34,413.30 | 34,413.30 | 34,413.30 |
| Trustee Expenses - HARVEY L. MORTON | 2200-000 | N/A | 1,541.55 | 1,541.55 | 1,541.55 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 578.00 | 578.00 | 578.00 |
| Other - VIEW-CAPS WSC | 2420-000 | N/A | 849.77 | 849.77 | 849.77 |
| U.S. Trustee Quarterly Fees - US Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 391.18 | 391.18 | 391.18 |
| Other - First Texas Title Company / FFB Abilene | 2820-000 | N/A | 1,360.41 | 1,360.41 | 1,360.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 797.34 | 797.34 | 797.34 |
| Other - First  Texas Title Company/FFB Abilene | 2820-000 | N/A | 2,471.02 | 2,471.02 | 2,471.02 |
| Other - First  Texas Title Company/FFB Abilene | 2820-000 | N/A | 213.13 | 213.13 | 213.13 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - First Texas Title Company/FFB Abilene | 2500-000 | N/A | 13,099.14 | 13,099.14 | 13,099.14 |
| Other - First Texas Title Company / FFB Abilene | 2820-000 | N/A | 365.46 | 365.46 | 365.46 |
| Other - First Texas Title Company / FFB Abilene | 2500-000 | N/A | 30,855.41 | 30,855.41 | 30,855.41 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $87,460.71 | $87,460.71 | $87,460.71 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-2 | IRS Special Procedures | 5800-000 | N/A | 2,368.84 | 2,368.84 | 2,368.84 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,368.84 | $2,368.84 | $2,368.84 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-2 | IRS Special Procedures | 7100-000 | N/A | 1,202.66 | 1,202.66 | 532.08 |
| 2 | Michael Tinnin | 7100-000 | N/A | 55,000.00 | 55,000.00 | 24,333.02 |
| 3U-2 | Robert Mark Peavy and Kimberly W. Peavy | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5 -3 | David Blackwood | 7100-000 | N/A | 1,099,597.38 | 1,099,597.38 | 486,482.29 |
| 8 | Michael Tinnin | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 9 -2 | Robert Peavy and Kimberly Peavy | 7100-000 | N/A | 54,185.00 | 49,927.98 | 22,089.06 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,209,985.04 | $1,205,728.02 | $533,436.45 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10072

**Case Name:** CLEMENT CATTLE CO., LLC

**Period Ending:** 02/06/19

**Trustee:** (631640) HARVEY L. MORTON

**Filed (f) or Converted (c):** 06/01/16 (c)

**§341(a) Meeting Date:** 08/26/16

**Claims Bar Date:** 11/22/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | GRASS LEASE | 0.00 | 0.00 | | 7,600.00 | FA |
| 2 | 192.1 acres 518 Braune Road, Abilene<br>  Value amount comes from original petition filed in<br>chapter 11 proceeding. | 672,000.00 | 0.00 | | 431,822.00 | FA |
| 3 | 99.10 acres<br>  No value given in conversion schedules | 0.00 | 165,600.00 | | 183,844.00 | FA |
| 4 | 48.82 acres<br>  No value given in conversion schedules  (See<br>Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | VOID - DUPLICATE ENTRY | 0.00 | 0.00 | | 0.00 | FA |
| 5 | **Assets**  **Totals** (Excluding unknown values) | **$672,000.00** | **$165,600.00** | | **$623,266.00** | **$0.00** |

RE PROP# 4    INCLUDED IN SALE OF REAL PROPERTY ASSET #2

**Major Activities Affecting Case Closing:**

12/28/2016 - SALE OF ASSETS (REAL PROPERTY)

04/07/2017 - Awaiting hearing on Motion to Sell

10/09/2017 - Proposed sale collapsed.  I have a new offer (two parts) to be resubmitted as  a Notice of Intent to Sell sole remaining asset.

12/31/17 - hearing scheduled 1/30/18 regarding sale of assets.

05/10/2018 - Sale of single asset pending clearance of title.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2017

**Current Projected Date Of Final Report (TFR):**    July 23, 2018  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-10072
**Case Name:** CLEMENT CATTLE CO., LLC

**Taxpayer ID #:** **-***8129
**Period Ending:** 02/06/19

**Trustee:** HARVEY L. MORTON (631640)
**Bank Name:** Rabobank, N.A.
**Account:** ******9466 - Checking Account
**Blanket Bond:** $300,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/19/16 | {1} | ROBERT F. SOUKUP | GRASS LEASE - AUGUST | 1121-000 | 400.00 | | 400.00 |
| 09/19/16 | {1} | VALERIE CLEMENT | ROBERT SOUKUP GRASS LEASE - JULY | 1121-000 | 400.00 | | 800.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 790.00 |
| 10/06/16 | {1} | Robert F. Soukup | rent - grass lease | 1121-000 | 400.00 | | 1,190.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,180.00 |
| 11/01/16 | {1} | Robert F. Soukup | lease payment | 1121-000 | 400.00 | | 1,580.00 |
| 11/01/16 | 101 | VIEW-CAPS WSC | ACCOUNT 396;  SERVICE 9/20/16 - 10/20/16 | 2420-000 | | 187.07 | 1,392.93 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,382.93 |
| 12/06/16 | {1} | Robert F. Soukup | rent - | 1121-000 | 400.00 | | 1,782.93 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,772.93 |
| 01/05/17 | {1} | ROBERT SOUKUP | GRASS LEASE | 1121-000 | 400.00 | | 2,172.93 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,162.93 |
| 02/09/17 | 102 | VIEW-CAPS WSC | ACCOUNT 396 - SERVICE 12/20/16 - 1/20/2017 | 2420-000 | | 175.85 | 1,987.08 |
| 02/16/17 | {1} | ROBERT SOUKUP | GRASS LEASE | 1121-000 | 400.00 | | 2,387.08 |
| 02/28/17 | 103 | VIEW-CAPS WSC | Acct 396 - Services from 1/20/17 - 2/20/17 | 2420-000 | | 52.38 | 2,334.70 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,324.70 |
| 03/02/17 | {1} | Robert F Soukup | Grass lease | 1121-000 | 400.00 | | 2,724.70 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,714.70 |
| 04/10/17 | {1} | Robert Soukup | 1 - Grass lease | 1121-000 | 400.00 | | 3,114.70 |
| 04/11/17 | 104 | VIEW-CAPS WSC | Account 396 -Services from 2/20/17 to 3/20/17 | 2420-000 | | 55.21 | 3,059.49 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,049.49 |
| 05/02/17 | {1} | Robert Soukup | Grass lease | 1121-000 | 400.00 | | 3,449.49 |
| 05/11/17 | 105 | VIEW-CAPS WSC | Acct No. 396 - Services from 3/20/2017 to 4/20/2017 | 2420-000 | | 30.90 | 3,418.59 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,408.59 |
| 06/01/17 | 106 | VIEW-CAPS WSC | Acct 396 - Services from 04/20/2017 - 05/19/2017 | 2420-000 | | 29.03 | 3,379.56 |
| 06/06/17 | {1} | Robert Soukup | Grass lease | 1121-000 | 400.00 | | 3,779.56 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,769.56 |
| 07/10/17 | {1} | Robert F. Soukup | Grass Lease - July 2017 | 1121-000 | 400.00 | | 4,169.56 |
| 07/10/17 | 107 | VIEW-CAPS WSC | Acct No. 396 - Service from 5/19/2017 - 6/20/2017 | 2420-000 | | 29.03 | 4,140.53 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,130.53 |
| 08/01/17 | 108 | VIEW-CAPS WSC | Acct No 396 - Service from 6/20/17 to 7/20/17. | 2420-000 | | 29.03 | 4,101.50 |
| 08/02/17 | {1} | Roubert F Soukup | Grass lease - August 2017 | 1121-000 | 400.00 | | 4,501.50 |
| 08/30/17 | {1} | Robert F Soukup | Grass lease - Sept. 2017 | 1121-000 | 400.00 | | 4,901.50 |

Subtotals :  $5,600.00   $698.50

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-10072  
**Case Name:** CLEMENT CATTLE CO., LLC  

**Taxpayer ID #:** **-***8129  
**Period Ending:** 02/06/19  

**Trustee:** HARVEY L. MORTON (631640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9466 - Checking Account  
**Blanket Bond:** $300,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,891.50 |
| 09/05/17 | 109 | VIEW-CAPS WSC | Service from 7-20-17 to 8-21-17 - Acct 396 | 2420-000 | | 21.53 | 4,869.97 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,859.97 |
| 10/04/17 | {1} | Robert F. Soukup | Grass lease - Sept 2017 | 1121-000 | 400.00 | | 5,259.97 |
| 10/12/17 | 110 | VIEW-CAPS WSC | Acct 396 - Service from 8/21/17 - 9/25/17 | 2420-000 | | 29.03 | 5,230.94 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,220.94 |
| 11/02/17 | {1} | Robert F. Soukup | Grass lease - November 2017 | 1121-000 | 400.00 | | 5,620.94 |
| 11/29/17 | {1} | Robert F. Soukup | Grass lease - December 2017 | 1121-000 | 400.00 | | 6,020.94 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,010.94 |
| 12/11/17 | 111 | VIEW-CAPS WSC | Service from 10/20/17-11/20-2017 - Acct. 396 | 2420-000 | | 36.53 | 5,974.41 |
| 12/15/17 | 112 | VIEW-CAPS WSC | Service from 10/20/17 - 11/20/17 - Acct. 396 | 2420-000 | | 29.03 | 5,945.38 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,935.38 |
| 01/11/18 | {1} | Robert Soukup | Grass Lease | 1121-000 | 400.00 | | 6,335.38 |
| 01/11/18 | 113 | VIEW-CAPS WSC | Service from 11/20/12/20/17 - Acct. 396 | 2420-000 | | 29.03 | 6,306.35 |
| 01/29/18 | {2} | Michael Tinnin and Sorrel Tinnin | Earnest money deposit on purchase of property in Taylor County, TX | 1110-000 | 5,500.00 | | 11,806.35 |
| 01/29/18 | {2} | Michael Tinnin and Sorrel Tinnin | Reversed Deposit 100018 1 Earnest money deposit on purchase of property in Taylor County, TX | 1110-000 | -5,500.00 | | 6,306.35 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,296.35 |
| 02/01/18 | 114 | VIEW-CAPS WSC | Service from 12/20/17 to 01/22/2018 - Acct 396 | 2420-000 | | 29.03 | 6,267.32 |
| 02/08/18 | {1} | Robert Soukup | Jan 2018 - grass lease | 1122-000 | 400.00 | | 6,667.32 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,657.32 |
| 03/12/18 | 115 | VIEW-CAPS WSC | Service from 1/22/18 to 2/23/18 - Acct 396 | 2420-000 | | 29.03 | 6,628.29 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,618.29 |
| 04/04/18 | 116 | VIEW-CAPS WSC | Service from 2/23/2018 to 3/20/2018 - Acct. 396 | 2420-000 | | 29.03 | 6,589.26 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,579.26 |
| 05/08/18 | 117 | VIEW-CAPS WSC | Service from 3/20/18 to 4/20/18 Acct. 396 | 2420-000 | | 29.03 | 6,550.23 |
| 05/17/18 | | First Texas Title Company/FFB Abilene | SALE PROCEEDS | | 168,060.71 | | 174,610.94 |
| | {3} | | | 1110-000 | 183,844.00 | | 174,610.94 |
| | | | property taxes - see HUD 1 | 2820-000 | -2,471.02 | | 174,610.94 |
| | | | county property tax 1/1/18 - 5/15/18 | 2820-000 | -213.13 | | 174,610.94 |
| | | | settlement charges from | 2500-000 | -13,099.14 | | 174,610.94 |

Subtotals : $170,060.71 $351.27

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 15-10072 | **Trustee:** | HARVEY L. MORTON (631640) |
| **Case Name:** | CLEMENT CATTLE CO., LLC | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******9466 - Checking Account |
| **Taxpayer ID #:** | **-***8129 | **Blanket Bond:** | $300,000.00  (per case limit) |
| **Period Ending:** | 02/06/19 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | HUD -1 | | | | | |
| 05/17/18 | | First Texas Title Company / FFB Abilene | Sale Proceeds | | | 399,240.72 | | 573,851.66 |
| | {2} | | sale proceeds | 431,822.00 | 1110-000 | | | 573,851.66 |
| | | | property taxes - see HUD 1 | -1,360.41 | 2820-000 | | | 573,851.66 |
| | | | county tax 1/1/18 - 5/15/18 | -365.46 | 2820-000 | | | 573,851.66 |
| | | | settlement charges - see HUD 1 | -30,855.41 | 2500-000 | | | 573,851.66 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 391.18 | 573,460.48 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 797.34 | 572,663.14 |
| 07/03/18 | 118 | International Sureties, Ltd. | Bond No. 01625804 | | 2300-000 | | 578.00 | 572,085.14 |
| 09/23/18 | 119 | HARVEY L. MORTON | TRUSTEE COMPENSATION PURSUANT TO ORDER DATED 9/19/18 | | 2100-000 | | 34,413.30 | 537,671.84 |
| 09/23/18 | 120 | HARVEY L. MORTON | TRUSTEE EXPENSES PURSUANT TO ORDER DATED 9/19/2018 | | 2200-000 | | 1,541.55 | 536,130.29 |
| 10/03/18 | 121 | US Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees;  Reference: | | 2950-000 | | 325.00 | 535,805.29 |
| 10/03/18 | 122 | IRS Special Procedures | Dividend paid 100.00% on $2,368.84; Claim# 1P-2; Filed: $2,368.84; Reference: | | 5800-000 | | 2,368.84 | 533,436.45 |
| 10/03/18 | 123 | IRS Special Procedures | Dividend paid  44.24% on $1,202.66; Claim# 1U-2; Filed: $1,202.66; Reference: | | 7100-000 | | 532.08 | 532,904.37 |
| 10/03/18 | 124 | Michael Tinnin | Dividend paid  44.24% on $55,000.00; Claim# 2; Filed: $55,000.00; Reference: | | 7100-000 | | 24,333.02 | 508,571.35 |
| 10/03/18 | 125 | David Blackwood | Dividend paid  44.24% on $1,099,597.38; Claim# 5 -3; Filed: $1,099,597.38; Reference: | | 7100-000 | | 486,482.29 | 22,089.06 |
| 10/03/18 | 126 | Robert Peavy and Kimberly Peavy | Dividend paid  44.24% on $49,927.98; Claim# 9 -2; Filed: $54,185.00; Reference: | | 7100-000 | | 22,089.06 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 574,901.43 | 574,901.43 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 574,901.43 | 574,901.43 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$574,901.43** | **$574,901.43** | |

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 15-10072 | |
| Case Name: | CLEMENT CATTLE CO., LLC | |
| | | |
| Taxpayer ID #: | **-***8129 | |
| Period Ending: | 02/06/19 | |

| | |
|---|---|
| Trustee: | HARVEY L. MORTON (631640) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******9466 - Checking Account |
| Blanket Bond: | $300,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******9466** | **574,901.43** | **574,901.43** | **0.00** |
| | **$574,901.43** | **$574,901.43** | **$0.00** |